UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESTER ENRIQUE TORRES-
TREMINIO (A# 240-221-909),

Petitioner,

v.

WARDEN,

Respondent.

No. 1:26-cv-02423-DC-SCR (HC)

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS

(ECF Nos. 3, 7, 11)

Petitioner filed this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 8, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days. Neither party filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 11) are ADOPTED;

2. Respondent's motion to dismiss the pending petition as moot in light of Petitioner's removal on April 11, 2026, (ECF No. 7) is GRANTED;

3. Petitioner's petition for a writ of habeas corpus (ECF No. 1) is DISMISSED;

4. Petitioner's motion to appoint counsel (ECF No. 3) is DENIED as having been rendered moot; and

5. The Clerk of the Court is directed to close this case.


IT IS SO ORDERED.

Dated:   **May 27, 2026**

_____

Dena Coggins
United States District Judge